550 A.2d 1317

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Nicholas J. SEMUTA, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 9, 1988.

## ORDER

PER CURIAM.

The Order of Superior Court is vacated and the case is remanded to Superior Court for disposition on the merits. Jurisdiction relinquished.